| | |
|---|---|
| 1 | **FEARS NACHAWATI PLLC** |
| 2 | Eric Policastro (SBN CA 264605) |
|   | epolicastro@fnlawfirm.com |
| 3 | 5473 Blair Road |
| 4 | Dallas, TX 75070 |
|   | Telephone: 214.890.0711 |
| 5 | Facsimile: 214.890.0712 |
| 6 | |
| 7 | Attorney for Plaintiff |
|   | ERNEST MERGENTHALER |
| 8 | |
| 9 | **GREENBERG TRAURIG, LLP** |
|   | DANIELL K. NEWMAN (SBN 242834) |
| 10 | newmandk@gtlaw.com |
| 11 | 1840 Century Park East, Ste. 1900 |
|   | Los Angeles, California 90067 |
| 12 | Telephone:  310.586.7700 |
|   | Facsimile:  310.586.7800 |
| 13 | |
| 14 | Attorney for Defendants |
|   | C. R. BARD, INC. and |
| 15 | BARD PERIPHERAL VASCULAR INC. |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MERGENTHALER, | CASE NO.: 8:20-cv-01545-SAB-ADS |
| Plaintiff, | Assigned to Hon. Stanley Bastian |
| vs. | **STIPULATION OF DISMISSAL OF PLAINTIFF ERNEST MERGENTHALER'S CLAIMS WITHOUT PREJUDICE** |
| C. R. BARD, INC., BARD PERIPHERAL VASCULAR INC., and DOES 1-100, inclusive, | |
| Defendants. | Action Transferred to C.D. Cal.:  8/20/2020 |

STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Ernest Mergenthaler's claims in the above-captioned matter be dismissed without prejudice, each party to bear its own costs. This Stipulation dismisses all of Mr. Mergenthaler's claims against all parties in the above-captioned civil action, including those parties who have not entered their appearance and/or signed the stipulation.

DATED this 16th day of April 2021.

| FEARS NACHAWATI, PLLC | GREENBERG TRAURIG, LLP |
|---|---|
| By: /s/ *Eric Policastro* | By: /s/ *Daniell K. Newman* |
| Eric Policastro | Daniell K. Newman |
| *Attorney for Plaintiff* | *Attorney for C. R. Bard, Inc. and Bard Peripheral Vascular Inc.* |

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Eric Policastro, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

GREENBERG TRAURIG, LLP

By: /s/ *Daniell K. Newman*

Daniell K. Newman